# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **ALEXANDER SHERMAN MCKENZIE,** | ) ) ) | JUDGMENT IN CASE |
| Petitioner, | ) ) | 1:14-cv-00226-MR |
| | ) | 1:97-cr-00203-MR-1 |
| vs. | ) ) | |
| **USA,** | ) ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 21, 2014 Order.

October 21, 2014

*[signature]*

Frank G. Johns, Clerk
United States District Court